## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**MARK EMBREE and JOSEPHINE LOGIUDICE,**

      **Plaintiffs,**

**v.**                                   **Case No: 5:16-cv-35-Oc-32PRL**

**MEDICREDIT, INC.**

      **Defendant.**

### ORDER

This matter is before the Court on the parties' joint motion for entry of a briefing schedule regarding the unresolved issue of attorney's fees and costs. (Doc. 42). Upon due consideration, the parties' joint motion is **GRANTED.**

1. The following schedule is hereby established:

    a. Plaintiffs shall file their motion for attorney's fees and costs on or before **June 30, 2017**.

    b. Defendant shall file a response to Plaintiffs' motion within **twenty-one (21) days** of Plaintiffs filing their motion.

    c. Plaintiffs may file a reply within **twenty-one (21) days** of Defendant filing its response.

    d. Defendant may file a sur-reply within **twenty-one (21) days** of Plaintiffs filing their reply.

2. After the briefing is complete, the Court will take the matter under advisement and if appropriate schedule a hearing.

3. To the extent the parties wish to file any materials under seal, they shall file a motion pursuant to Local Rule 1.09(a). Without prejudging the merits of any such motion, the Court notes that the Mediated Settlement Agreement and settlement communications between counsel would be the sort of material properly filed under seal.

**DONE** and **ORDERED** in Ocala, Florida on June 2, 2017.


PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties