UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARK EMBREE and JOSEPHINE LOGIUDICE,**

    **Plaintiffs,**

v.                                            Case No: 5:16-cv-35-Oc-32PRL

**MEDICREDIT, INC.**

    **Defendant.**

## ORDER

On August 3, 2017, Defendant filed its response in opposition to Plaintiffs' motion for attorney's fees and costs. (Doc. 56). Contemporaneously, Defendant filed a motion seeking leave to file under seal the parties' mediated settlement agreement. (Doc. 55). Plaintiffs previously filed the same agreement under seal and the Court has confirmed that it is identical to the copy that Defendant now seeks to file. Because the mediated settlement agreement is before the Court, it is unnecessary for another copy to be filed. Accordingly, Defendant's motion (Doc. 55) is DENIED. The Clerk shall return to counsel the copy of the mediated settlement agreement that was submitted for in camera review.

**DONE** and **ORDERED** in Ocala, Florida on August 11, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties